UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

STARR LIABILILTY AND INDEMNITY
INSURANCE COMPANY, *as subrogee of*
*Honeywell International, Inc.*,

                               Plaintiff,

           -against-

YRC FREIGHT, INC.,

                              Defendant.

------------------------------------x

ORDER

19 Civ. 6355 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within sixty (60) days of this Order.

Dated: New York, New York
       November 12, 2019

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge